IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CPJD HOLDINGS LLC d/b/a** <br> **The Little Lion,** | : <br> : <br> : | |
| Plaintiff, | : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 20-1326 |
| **UTICA FIRST INSURANCE COMPANY,** | : <br> : | |
| Defendant. | : <br> : <br> : <br> : <br> : | |

**ORDER**

    **AND NOW**, this _24th_ day of May 2021, upon consideration of the parties' joint notice that a settlement has been reached, received May 20, 2021, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED** with prejudice pursuant to Local Rule 41(b).[1]

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Local Rule 41.1(b) states that "[w]henever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."